IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE: : | |
| LORETTA A. BONIS : | BK. No. 19-11648-ref |
| Debtor : | |
| : | Chapter No. 07 |
| WELLS FARGO BANK, N.A. : | |
| Movant : | |
| v. : | |
| LORETTA A. BONIS : | |
| and : | 11 U.S.C. §362 |
| ROBERT H. HOLBER, ESQUIRE (TRUSTEE) : | |
| Respondents : | |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 313 LAURELWOOD DR, DOUGLASSVILLE, PA 19518-1009(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: May 14, 2019**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

ROBERT H. HOLBER, ESQUIRE (TRUSTEE)
41 EAST FRONT STREET
MEDIA, PA 19063

MICHELE PEREZ CAPILATO, ESQUIRE
500 OFFICE CENTER DRIVE, SUITE 400
FORT WASHINGTON, PA 19034

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

LORETTA A BONIS
313 LAURELWOOD DRIVE
DOUGLASSVILLE, PA 19518-1009

LORETTA A BONIS
313 LAURELWOOD DRIVE
DOUGLASSVILLE, PA 19518