**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Loretta A. Bonis<br><div align="right">Debtor</div> | Case No. 19-11648 REF<br><br>Chapter 7 |
| WELLS FARGO BANK, N.A., s/b/m Wells Fargo Bank Southwest, National Association, Successor by Conversion from Wachovia Mortgage, FSB, fka World Savings Bank, FSB<br><div align="right">Movant</div><br>v.<br>Loretta A. Bonis<br>and<br>Robert H. Holber, Trustee<br><div align="right">Respondents</div> | |

19-0386

## ORDER

Regarding property located at: 313 Laurelwood Drive, Douglassville, PA 19518

AND NOW, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A., s/b/m Wells Fargo Bank Southwest, National Association, Successor by Conversion from Wachovia Mortgage, FSB, fka World Savings Bank, FSB and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

**Date: May 23, 2019**

_____
United States Bankruptcy Judge